FLORENCE FRANCIOSA, Respondent, v. JAMES FRANCIOSA, Appellant.— Order so far as appealed from, unanimously affirmed, with twenty dollars costs and

disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.